IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAN GABLE, | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 3:18-CV-1545-M |
| | § | |
| RANDY MEEKS, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The *Defendants' Motion to Dismiss*, filed September 18, 2018 (doc. 18) is **GRANTED**. By separate judgment, all of the plaintiff's claims against the named defendants will be **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted, and the plaintiff's remaining claims against the unnamed defendants will be *sua sponte* **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted.

**SIGNED** this 8th day of July, 2019.

_____
BARBARA M. G. LYNN
CHIEF JUDGE